UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                                    No. 1:10-CR-65

    vs.                                         Hon. Paul L. Maloney

WILLIAM DOUGLAS,

        Defendant.
_____/

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Defendant William Douglas, through his attorney, that the true and correct serial number of the Hewlett Packard Pavilion Desktop Computer described in the Forfeiture Allegation and the government's Proposed Preliminary Order of Forfeiture is **MXG74101J1**.

The parties further stipulate that the Plea Agreement filed on or about May 18, 2010, included a typographical error concerning the serial number of the Hewlett Packard Pavilion Desktop Computer. The parties agree that this error did not prejudice any party.

                                                                       DONALD A. DAVIS
                                                                       United States Attorney

Dated: June 23, 2010                       /s/ Heath M. Lynch
                                                        HEATH M. LYNCH
                                                        Assistant United States Attorney
                                                        P.O. Box 208
                                                        Grand Rapids, Michigan 49501-0208
                                                        (616) 456-2404

| | |
|---|---|
| Dated: June 23, 2010 | /s/ Judith A. Raskiewicz |
| | JUDITH A. RASKIEWICZ |
| | Attorney for William Douglas |
| | 15 Ionia Ave., SW, Ste. 510A |
| | Grand Rapids, MI 49503 |
| | (616) 742-1268 |

---

**SO ORDERED.**

| | |
|---|---|
| | /s/ Paul L. Maloney |
| Dated: June 28, 2010 | PAUL L. MALONEY |
| | Chief United States district Judge |