UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,                            No. 1:10-CR-65

      vs.                                   Hon. Paul L. Maloney
                                                Chief United States District Judge

WILLIAM DOUGLAS,

       Defendant.
_____/

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the Plea Agreement entered into by the United States and Defendant William Douglas, Defendant has consented to the forfeiture of his interest in the following property listed in the Forfeiture Allegation of the Indictment:

    1. One Hewlett Packard Pavilion Desktop Computer, Serial Number MXG74101J1;

    2. One Samsung hard drive, Model Number SASP2504c, Serial Number SQWQDSP74139;

    3. Miscellaneous portable storage devices, including thumb drives, compact flash cards, compact discs and floppy disks; and

    4. Miscellaneous computer cords and peripheral equipment (the "Subject Property");

WHEREAS, on May 25, 2010, Defendant pled guilty to Count 1 of the Indictment, charging him with receipt of child pornography in violation of Title 18, United States Code, Section 2252A(a)(2)(A);

WHEREAS, based on the plea and the Plea Agreement, this Court finds that the Subject Property was used or intended to be used to commit or promote the commission of violations of Title

18, United States Code, Section 2252A; and

WHEREAS, this Court finds that Defendant had an interest in the Subject Property, and that the Government has established the requisite nexus between the same and the violations of Title 18, United States Code, Section 2252A.

IT IS HEREBY ORDERED that pursuant to Title 18, United States Code, Section 2253, the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service seize the Subject Property and dispose of the same in accordance with applicable law and regulations.

IT IS FURTHER ORDERED that notice of this forfeiture shall be published in accordance with Title 21, United States Code, Section 853(n)(1).

Dated: June 28, 2010

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
Chief United States District Judge