UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 1:10-CR-65

        vs.                             Hon. Paul L. Maloney

WILLIAM DOUGLAS,

        Defendant
_____/

# FINAL ORDER OF FORFEITURE

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested final order. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

1. That the following personal property (the "Subject Property") is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

    a. One Hewlett Packard Pavilion Desktop Computer, Serial Number MXG74101J1;

    b. One Samsung hard drive, Model Number SASP2504c, Serial Number SQWQDSP74139;

    c. Miscellaneous portable storage devices, including thumb drives, compact flash cards, compact discs and floppy disks; and

    d. Miscellaneous computer cords and peripheral equipment (the "Subject Property").

2. That all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America, and that the Subject Property shall be disposed of by the United States Marshals Service according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS SO ORDERED.**


Dated: September __8__, 2010         /s/ Paul L. Maloney
                                     PAUL L. MALONEY
                                     Chief United States District Judge